UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL CHECHILE and SONIA
LOPEZ, individually, and as
Representatives of a Class of
Participants and Beneficiaries of the
Baystate Heath, Inc. Retirement Plan,

       Plaintiffs,

v.

BAYSTATE HEALTH, INC. et al.,

       Defendants

Case No: 3:22-cv-30155-KAR

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Michael Chechile and Sonia Lopez ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement and Settlement Agreement in the above-referenced matter; (2) approve the proposed Settlement Notice and authorize distribution of the Notice to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes under Federal Rule of Civil Procedure 23(a) and 23(b)(1); (4) schedule a final approval hearing; (5) appoint Michael Chechile and Sonia Lopez as Settlement Class Representatives and appoint Walcheske & Luzi, LLC and Jonathan M. Feigenbaum as Class Counsel

pursuant to Federal Rule of Civil Procedure 23(g); and (6) enter the accompanying Preliminary Approval Order.

    This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit A**), the Declarations of Michael Chechile and Sonia Lopez, and all files, records, and proceedings in this matter..

Dated this 8th day of May, 2023          Respectfully submitted,

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

Jonathan M. Feigenbaum
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 357-9700
E-Mail: jonathan@erisaattorneys.com

*Attorneys for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  May 8, 2023                                      s/Paul M. Secunda
                                                         Paul M. Secunda