UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL CHECHILE and SONIA LOPEZ, individually, and as Representatives of a Class of Participants and Beneficiaries of the Baystate Heath, Inc. Retirement Plan,

        Plaintiffs,

v.

BAYSTATE HEALTH, INC. et al.,

        Defendants

Case No: 3:22-cv-30155-KAR

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    PLEASE TAKE NOTICE that on Tuesday, November 14, 2023, at 2 p.m., at the Hampshire Courtroom of the United States District Court for the District of Massachusetts, Springfield, Massachusetts, the Court will conduct the Fairness Hearing. Plaintiffs Michael Chechile and Sonia Lopez ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 24-1).

    This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Section 3.2.5 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representatives (Dkt. Nos. 25, 26), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1**.

Defendants do not oppose the motion as parties to the Settlement.

Dated this 31st day of October, 2023

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

**HANEY LAW FIRM, P.C.**

Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503 Telephone: (616) 235-2300
Fax: (616) 459-0137
E-Mail: thaney@troyhaneylaw.com

*ATTORNEYS FOR PLAINTIFFS and PROPOSED CLASS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  October 31, 2023                                                                    s/Paul M. Secunda
                                                                                                          Paul M. Secunda